UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE LINDA SUE CATRON**,<br><br>Appellant. | Case No.: 15-cv-2926-YGR<br><br>**ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 12, 15 |

On July 24, 2015, the Court ordered Appellant Linda Sue Catron to perfect the record pursuant to Federal Rules of Bankruptcy Procedure 8006 and 8007 and file her opening brief within 28 days thereafter. (Dkt. No. 7.) Appellant perfected the record on August 17, 2015, and her opening brief is currently due no later than September 16, 2015. (*See* Dkt. No. 10.)

Currently pending before the Court are motions for a 30-day extension of the briefing schedule filed by Appellee (Dkt. No. 12) and Appellant (Dkt. No. 15). Good cause appearing, the Court hereby **GRANTS** the motions and extends the briefing schedule by 30 days. Appellant shall file her opening brief no later than October 16, 2015, and Appellee's brief in response is due by November 6, 2015.

**IT IS SO ORDERED.**

This Order terminates Docket Numbers 12, 15.

Dated: September 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**