UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE LINDA SUE CATRON**,<br><br>　　　　　　Appellant. | Case No.: 15-cv-2926-YGR<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 23 |

On December 9, 2015, Appellant Linda Sue Catron filed her fourth motion for extension of time to file her opening brief.  Having considered the request, the Court **GRANTS** Appellant an extension of thirty (30) days.  Appellant shall file her opening brief no later than **January 15, 2016**.

The Court cautions Appellant that it is not inclined to entertain any further requests for extension of time.  Appellant has an obligation to prosecute her claim, including filing her opening brief in a timely manner.

**IT IS SO ORDERED.**

This Order terminates Docket Number 23.

Dated: December 10, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**