UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE LINDA SUE CATRON**, <br><br> Appellant. | Case No. 15-cv-2926-YGR <br><br> **ORDER REGARDING APPELLANT'S FAILURE TO FILE OPENING BRIEF; DIRECTING APPELLANT TO SHOW CONTINUED INTENT TO PROSECUTE** |

Pursuant to this Court's order granting Appellant's fourth request for an extension of time (Dkt. No. 24), Appellant was granted until January 15, 2016 to file her opening brief. As of the date of this Order, Appellant has not filed her opening brief. As a result, the Court is considering dismissing her appeal for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

In light of the stay of briefing in Plaintiff's other pending action (Case No. 15-cv-5733-YGR) and the potential for confusion regarding her obligation to file an opening brief in the instant action, the Court hereby extends Appellant's time to file her papers for a final time. **No later than February 23, 2016**, Appellant shall file either: (a) her opening brief; or (b) a one-page statement setting forth an explanation for her failure to comply. If Appellant does not file by this deadline, the Court may dismiss this action for failure to prosecute. Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**