UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE LINDA SUE CATRON,**

Appellant.

Case No.  15-cv-2926-YGR

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On February 5, 2016, the Court issued an order regarding appellant Linda Sue Catron's failure to file her opening brief and ordering her to show continued intent to prosecute. (Dkt. No. 25.) On February 23, 2016, appellant timely filed a statement of non prosecution of her appeal. (Dkt. No. 26.)  Therein, appellant stated that she does not intend to prosecute the instant action.

In light of appellant's concession, the Court finds it in the interests of justice and judicial efficiency to dismiss this action pursuant to Federal Rule of Civil Procedure 41(b).  This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates this case.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**